UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

JAVIER HERNANDEZ, et al.

        :     02 Civ. 0523(S)(Sr)

      Plaintiffs,  :   **CLASS ACTION**

      vs.          :

MARIA GARCIA-BOTELLO, et al.

         :

      Defendants.  :

---------------------------------------------------------------------x

## NOTICE OF MOTION TO DISMISS THE COUNTERCLAIM

     PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, Plaintiffs will hereby move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) on May 1, 2007, for an Order directing that the Plaintiffs' Motion to Dismiss the Counterclaim be granted.

     PLEASE TAKE FURTHER NOTICE that responsive papers, if any, are due on April 19, 2007 in accordance with Local Rule 7.1(c).

     PLEASE TAKE FURTHER NOTICE that Plaintiffs intend to file and serve reply papers.

Dated: March 12, 2007

                  Respectfully submitted,

By:   _Angela R. Vicari_
              Angela R. Vicari
              avicari@kayescholer.com
              KAYE SCHOLER LLP
              425 Park Avenue
              New York, NY 10022
              (212) 836-7408 (tel)
              (212) 836-6495 (fax)

*Attorneys for Plaintiffs*

To:

Richard A. Dollinger
Underberg & Kessler LLP
300 Bausch & Lomb Place
Rochester, NY 14604
Tel. (585) 258-2818
Fax (585) 258-2821

Monte B. Lake
Christine M. Cooper
McGuiness Norris & Williams, LLP
1015 Fifteenth Street, N.W.
Suite 1200
Washington, DC 20005
Tel. (202) 789-8600
Fax (202) 789-1708

Robert C. Weissflach, Esq.
Harter Secrest & Emery LLP
Twelve Fountain Plaza, Suite 400
Buffalo, New York 14202
Tel. (716) 845-4207
Fax (716) 853-1617

John J. Lavin
Lavin & Kleiman
403 Main Street
Suite 528
Buffalo, NY 14203
Tel. (716) 856-1289
Fax (716) 856-8808

Sean Dennis Hill
Six North Pearl Street
Buffalo, NY 14202
Tel. (716) 882-8200
Fax (716) 884-4455

31429867.WPD