UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

JAVIER HERNANDEZ, *et al.*,

                Plaintiffs,

      v.

MARIA GARCIA-BOTELLO
(a.k.a. "Chabela"), *et al.*,

                Defendants.

Civ. No. 02-CV-0523(S)(Sr)

CLASS ACTION

## NOTICE OF MOTION

      PLEASE TAKE NOTICE, that upon the accompanying memorandum of law, and attached Declaration of Andrea H. Brustein, Plaintiffs will hereby move this Court pursuant to Fed. R. Civ. P. 30(a)(2), on a hearing date to be set by this Court, for an Order directing that leave to take the depositions of Defendants Maria Garcia-Botello and Elias Botello, who are currently incarcerated, be granted.

      PLEASE TAKE FURTHER NOTICE that responsive papers, if any, are due in accordance with Local Rule 7.1(c).

      PLEASE TAKE FURTHER NOTICE that Plaintiffs intend to file and serve reply papers.

Dated: May 25, 2007

                              Respectfully Submitted,

                              *Andrea Brustein*
                              Andrea H. Brustein
                              ABrustein@kayescholer.com
                              Angela R. Vicari
                              AVicari@kayescholer.com
                              John J.P. Howley
                              JHowley@kayescholer.com
                              Shefali Kothari
                              SKothari@kayescholer.com
                              Jacquelyn L. Sumer
                              JSumer@kayescholer.com
                              KAYE SCHOLER LLP
                              425 Park Avenue
                              New York, NY 10022
                              (212) 836-8000

Fax: (212) 836-6495

Daniel Werner
dwerner@wnylc.com
WORKERS' RIGHTS LAW CENTER
OF NEW YORK, INC.
101 Hurley Ave., Suite 5
Kingston, NY 12401
(845) 331-6615
Fax: (845) 331-6617

Anita C. Butera
abutera@wnylc.com
FARMWORKER LEGAL SERVICES OF
NEW YORK, INC.
1187 Culver Road
Rochester, NY 14609
(585) 325-3050
Fax: (585) 325-7614

***Counsel for Plaintiffs***

To:

John J. Lavin
Lavin & Kleiman
403 Main Street
Suite 528
Buffalo, NY 14203

Sean Dennis Hill
Six North Pearl Street
Buffalo, NY 14202

Richard A. Dollinger
Underberg & Kessler LLP
300 Bausch & Lomb Place
Rochester, NY 14604

Monte B. Lake
Christine M. Cooper
McGuiness Norris & Williams, LLP
1015 Fifteenth Street, N.W.
Suite 1200
Washington, DC 20005

Robert C. Weissflach, Esq.
Harter Secrest & Emery LLP
Twelve Fountain Plaza, Suite 400
Buffalo, New York 14202