UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JAVIER HERNANDEZ, *et al.*

                              Plaintiffs,

                         v.

MARIA GARCIA BOTELLO, *et al.*
                             Defendants.

**CLASS ACTION**

**Case No. 02 Civ. 0523**
**(S)(Sr)**

**PLAINTIFFS' CONSOLIDATED APPENDIX**
**TO THEIR OPPOSITIONS TO DEFENDANTS' LOCAL RULE 56.1 STATEMENT**

Pursuant to Local Rule 56.1, Plaintiffs respectfully submit this consolidated Appendix to their Oppositions to the Local Rule 56.1 Statements of Defendants Anthony J. Piedimonte, Robert Vendetti, Root Brothers Farms, James Broadwell, Francis Domoy, James Kirby, Bruce Kirby, Rodney Winkstern, Del Mar Farms, Inc., David Piedmonte, Stephen Howard, Jr., Howard Produce Sales, Inc., Philip Vigneri, Patsy Vignieri & Sons, Inc., and John J. Kasmer Farm, LLC.

The exhibits attached to this Appendix are referenced in either Plaintiffs' Oppositions to Defendants Rule 56.1 Statements, Plaintiffs' Memorandum of Law in Support of their Opposition to Defendants' Motions for Summary Judgment and Reply in Support of Plaintiffs' Motion for Class Certification or the Declaration of Angela R. Vicari.

| Exhibit | Document |
|---|---|
| 1 | Second Amended Complaint |
| 2 | RICO Case Statement |
| 3 | Plea Agreement of Maria Garcia Botello |
| 4 | Plea Agreement of Elias Botello |

31589983.WPD

| 5 | Plea Agreement of Jose J. Garcia |
|---|---|
| 6 | Grower Defendants' Responses to Plaintiffs' First Request for the Production of Documents to All Defendants, dated July 1, 2005 |
| 7 | Grower Defendants' Responses to Plaintiffs' First Set of Interrogatories to Grower Defendants (Underberg & Kessler Defendants[1]) |
| 8 | Grower Defendants' Responses to Plaintiffs' Second Request for the Production of Documents (Underberg & Kessler Defendants) |
| 9 | Grower Defendants' Responses to Plaintiffs' First Set of Interrogatories to Grower Defendants (Siff & Lake Defendants[2]) |
| 10 | Grower Defendants' Responses to Plaintiffs' First RFP to Grower Defendants (Siff & Lake Defendants) |
| 11 | Defendant John J. Kasmer Farm, LLC's Response To Plaintiffs' First Set of Interrogatories |
| 12 | Defendant John J. Kasmer Farm, LLC's Response to Plaintiffs' First Request For Production |
| 13 | Response by Jose J. Garcia to Plaintiffs' First Requests for Production to Contractor Defendants, dated April 2, 2007 |
| 14 | Excerpts from the Deposition Testimony of Maria Garcia Botello |
| 15 | Excerpts from the Deposition Testimony of Jose J. Garcia |
| 16 | Excerpts from the Deposition Testimony of Elias Botello |
| 17 | Excerpts from the March 6, 2002 Grand Jury Testimony of Joseph O'Connor |
| 18 | Excerpts from the September 28, 2004 Grand Jury Testimony of Kevin Ryan |
| 19 | Excerpts from the March 6, 2002 Grand Jury Testimony of Joan Torres |
| 20 | Excerpts from the February 27, 2002 Grand Jury Testimony of Javier Hernandez |
| 21 | Excerpts from the February 27, 2002 Grand Jury Testimony of Miguel Perez |

---

[1] The Underberg and Kessler Defendants are Anthony Piedimonte, Robert Vendetti, Root Brothers Farms, and James Broadwell.

[2] The Siff & Lake Defendants are Bruce Kirby, David Piedmonte, Rodney Winkstern, Del Mar Farm, Inc., Francis Domory, Stephen Howard, Howard Produce Sales, Inc., James Kirby, Philip Vigneri, Patsy Vigneri & Sons, Inc., and Ronald Weiler d/b/a Ronclar Famrs.

| 22 | Daily Attendance Sheet listing "Check Name" and "Work Name" |
|---|---|
| 23 | Maria Garcia Botello's Payroll Records from Anthony J. Piedimonte |
| 24 | November 9, 2004 Email from Timothy Hoover |
| 25 | Maria Garcia Botello's Payroll Records from Howard Produce Sales, Inc. |
| 26 | April 30, 1999 Statement of Stephen Howard, Jr. to the U.S. Department of Labor |
| 27 | Document Titled "Social Security Numbers That Do Not Match Our Records" with the name Shirley at the bottom |
| 28 | Department of Homeland Security Interview with Diane Kemp |
| 29 | Anthony J. Piedmonte Farming Missing and Invalid Social Security and Tax Identification Numbers |
| 30 | Stephen Howard Payroll Records |
| 31 | Jim Broadwell Timesheet |
| 32 | Bruce Kirby Timesheets |
| 33 | Roots Brothers Farms Timesheet |
| 34 | List of Companies Participating in the Buy Local Buy Pride of New York Marketplace at the 2007 New York State Fair |
| 35 | Kasmer Comprehensive Business Report |
| 36 | Orleans County Property Records |
| 37 | April 20, 2007 Facsimile from Angela R. Vicari to Monte B. Lake |
| 38 | April 20, 2007 Facsimile from Angela R. Vicari to Richard Dollinger and John Lavin |
| 39 | April 25, 2007 Letter from Monte B. Lake to Angela R. Vicari |
| 40 | May 3, 2007 Facsimile from Angela R. Vicari to Richard Dollinger |
| 41 | May 3, 2007 Letter from Daniel Werner to Peter J. Smith |
| 42 | May 7, 2007 Facsimile from Richard Dollinger to Magistrate Judge Schroeder |
| 43 | May 15, 2007 Facsimile from Angela R. Vicari to All Defense Counsel |
| 44 | May 17, 2007 Letter from Peter J. Smith to Daniel Werner |
| 45 | June 5, 2007 Facsimile from Angela R. Vicari to All Defense Counsel |

| 46 | Bruce Kirby Check Copies |
|---|---|
| 47 | October 11, 2000 Recommendation of Richard C. Chenu, WH Investigator |
| 48 | November 20, 2001 Employee Contact List for Howard Produce Sales, Inc. |

Dated: New York, New York
January 11, 2008

Respectfully submitted,

*/s/ Angela R. Vicari*
Angela R. Vicari
avicari@kayescholer.com
KAYE SCHOLER LLP
425 Park Ave.
New York, NY 10022-3598
(212) 836-7408
Fax: (212) 836-6495