UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

---

JAVIER HERNANDEZ, et al.

                        Plaintiffs

v.                                          Civ. No. 02-CV-0523(S)(Sr)

MARIA GARCIA-BOTELLO                CLASS ACTION
(a.k.a. "Chabela"), et al.

                        Defendants

---

### RESPONSE BY DEFENDANT, JOSE J. GARCIA, TO FIRST REQUESTS FOR PRODUCTION TO CONTRACTOR DEFENDANTS

Defendant, JOSE J. GARCIA, for his response to plaintiffs' first requests for production to contractor defendants:

1. Defendant has already responded to this request.

2. Defendant has nothing additional responsive to this request.

3. Defendant has nothing additional responsive to this request.

4. Defendant has nothing additional responsive to this request.

5. Defendant has nothing additional responsive to this request.

6. Defendant has nothing additional responsive to this request.

7. Defendant has nothing additional responsive to this request.

8. Defendant has nothing additional responsive to this request.

9. Defendant has nothing additional responsive to this request.

10. Defendant has nothing additional responsive to this request.

11. Defendant has nothing additional responsive to this request.

12. Defendant has nothing additional responsive to this request.

13. Defendant has nothing additional responsive to this request.

14. Defendant has nothing additional responsive to this request.

15. Defendant has nothing additional responsive to this request.

Dated: April 2, 2997

                                        Respectfully submitted,

                                        Attorney for Defendant, Jose J. Garcia
                                        6 North Pearl Street
                                        Buffalo, New York 14202
                                        Telephone: (716) 882-8200
                                        Fax: (716) 884-4455
                                        E-Mail: hill@hillaw.com