**United States District Court**
**WESTERN DISTRICT OF NEW YORK**

JAVIER HERNANDEZ *et al.*,

|  |  |
|---|---|
| PLAINTIFFS, | CIVIL ACTION |
| v. | No. 02-CV-0523(S)(Sr) |

MARIA GARCIA-BOTELLO *et al.*,

DEFENDANTS.

## SUGGESTION OF DEATH

Defendant Patsy Vigneri & Sons, Inc, by and through its undersigned counsel, suggests upon the record, pursuant to Federal Rule of Civil Procedure 25(a)(1), the death of Philip Vigneri during the pendency of this action.

Dated:  August 26, 2009          Respectfully submitted,

/s/ Monte B. Lake
Monte B. Lake
Wendel V. Hall
Siff & Lake, LLP
Waterfront Center
1010 Wisconsin Avenue, N.W.
Suite 530
Washington, D.C. 20036
(202) 457-7770 (p)
(202) 457-7776 (fax)
mbl@scllaw.com
wvh@scllaw.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2009, I electronically filed the foregoing Suggestion Of Death with the Clerk of the United States District Court for the Western District of New York using the CM/ECF system, which, upon information and belief, sent such filing to the following:

>Paul Keneally, Esq.
>pkeneally@underbergkessler.com
>
>Anita Butera, Esq.
>Erin Flynn Casey, Esq.
>FARMWORKER LEGAL SERVICES OF
>   NEW YORK, INC.
>abutera@wnylc.com
>ecasey@wnylc.com
>
>Sean Dennis Hill, Esq.
>hill@hillaw.com
>
>John J. Lavin, Esq.
>jlavin@jjlavinpc.com
>
>Angela R. Vicari, Esq.
>Melissa Giordano, Esq.
>Shefali Kothari, Esq.
>Kaye Scholer LLP
>mgiordano@kayescholer.com
>skothari@kayescholer.com
>avicari@kayescholer.com
>
>Robert C. Weissflach, Esq.
>Harter, Secrest & Emery, LLP
>rweissflach@hselaw.com

>/s/ Wendel V. Hall_____
>Wendel V. Hall