UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JAVIER HERNANDEZ, *ET AL.*,

                                  PLAINTIFFS,

        v.                                  NOTICE OF JOINT MOTION TO APPROVE SETTLEMENT

MARIA GARCIA-BOTELLO, *ET AL.*,

                                  CIVIL ACTION NO.:
                                  02-CV-0523 (S)(SR)

                              DEFENDANTS.

---

      **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Robert C. Weissflach, Esq., dated March 29, 2013, and the accompanying Memorandum of Law, Plaintiffs and the Grower Defendants, by and through their respective counsel, will jointly move this Court, at 68 Court Street, Buffalo, New York, on a date and time to be determined by the Court, for an Order pursuant to 29 U.S.C. Section 216, approving the a Settlement Agreement and Release of Claims in the above-referenced action.

DATED:     Buffalo, New York
                 March 29, 2013

                                               /s/ Robert C. Weissflach, Esq.
                                               Harter Secrest & Emery LLP
                                               Twelve Fountain Plaza, Suite 400
                                               Buffalo, New York 14202-2293
                                               Telephone:  (716) 853-1616
                                               Email:  rweissflach@hselaw.com

                                               /s/ Monte B. Lake, Esq.
                                               CJ Lake, LLC
                                               525 Ninth Street, N.W., Suite 800
                                               Washington, D.C. 20004
                                               Telephone:  (202) 465-3000
                                               Email:  mlake@cj-lake.com

/s/ Steven G. Carling, Esq.
Underberg & Kessler LLP
300 Bausch & Lomb Place
Rochester, New York 14604
Telephone:  (585) 258-2804
Email: scarling@underbergkessler.com

*Attorneys for the Grower Defendants*


/s/ Angela R. Vicari, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Telephone:  (212) 836-7408
Email: avicari@kayescholer.com

/s/ David O. Irving, Esq.
Worker Justice Center of New York
1187 Culver Road
Rochester, New York 14609-5448
Telephone: (585) 325-3050
Email: dirving@wjcny.org

*Attorneys for Plaintiffs*